IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EKF PROPERTIES, LLC,
a New Mexico limited liability company,

    Plaintiff,                                  Case No. 1:23-cv-00970-LF-SCY

vs.

SCOTT SPENDLOVE,

    Defendant.

### NOTICE OF RETURN OF SUMMONS FOR DEFENDANT SCOTT SPENDLOVE

    COMES NOW Plaintiff EKF Properties, LLC, a New Mexico limited liability company, with its notice of return of summons related to completion of service on Defendant Scott Spendlove. As permitted by Fed. R. Civ. P. 4(e)(1), this defendant was served via certified mail as contemplated in NMRA Rule 1-004(E)(3). As further described in Exhibit 1, service is effective on December 27, 2023.

    Respectfully submitted,

    **JENNINGS HAUG KELEHER McLEOD LLP**

    By: *Ryan M. Walters*
    Cassandra R. Malone
    Ryan M. Walters
    Lidiya I. Bayliyeva
    201 Third Street NW, Suite 1200
    Albuquerque, New Mexico 87102
    Telephone: (505) 346-4646
    crm@jhkmlaw.com
    rmw@jhkmlaw.com
    lib@jhkmlaw.com
    *Attorneys for Plaintiff EKF Properties, LLC*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
District of New Mexico

| | |
|---|---|
| EKF PROPERTIES, LLC, a New Mexico limited liability company <br><br> *Plaintiff(s)* <br> v. <br> SCOTT SPENDLOVE <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-00970-LF-SCY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SCOTT SPENDLOVE
4171 S. Westway Dr.
Coeur d'Alene, ID 83814-7202
(509) 713-0195

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JENNINGS HAUG KELEHER McCLEOD
Lidiya I. Bayliyeva, Cassandra R. Malone, Ryan M. Walters
201 3rd Street NW, Suite 1200
Albuquerque, NM 87102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Thursday, November 09, 2023

Bobbi Ceniceros
*Signature of Clerk or Deputy Clerk*

**EXHIBIT 1**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-00970-LF-SCY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SCOTT SPENDLOVE
was received by me on *(date)* 11 15 23 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* SCOTT SPENDLOVE WAS SERVED ON 12/27/23 BY CERTIFIED MAIL RESTRICTED DELIVERY. CERTIFIED MAIL WAS SENT TO 4171 S. WESTWAY DRIVE COEUR D'ALENE, ID 83814-7202 WHICH IS THE ADDRESS LISTED ON THE SUMMONS. SEE ATTACHED GREEN CARD

My fees are $ _____ for travel and $ 215⁵⁰ for services, for a total of $ 215⁵⁰ .

I declare under penalty of perjury that this information is true.

Date: 01 04 24

Server's signature: Dewayne  Z PROCESS SERVING

Printed name and title: Dewayne Zimitski   PRIVATE PROCESS SERVER

Server's address: BX 35683 ALBUQUERQUE NM 87176

Additional information regarding attempted service, etc:







