# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

EKF PROPERTIES, LLC,
a New Mexico limited liability company,

    Plaintiff,

vs.                                                    Case No. 1:23-cv-00970-JB-SCY

SCOTT SPENDLOVE,

    Defendant.

## NOTICE OF COMPLETION OF BRIEFING

Plaintiff, EKF Properties, LLC ("EKF"), by and through their attorneys of record, Jennings Haug Keleher Mcleod Waterfall LLP (Cassandra R. Malone and Ryan M. Walters), hereby notifies the Court and counsel that briefing is complete on its Motion for Award of Attorney's Fees and Cost(s), filed October 23, 2024. No timely Response to said Motion was filed. The matter is therefore ripe for the Court's decision.

                            Respectfully submitted,

                            **JENNINGS HAUG KELEHER McLEOD WATERFALL LLP**

                            By: */s/ Cassandra R. Malone*
                                   Cassandra R. Malone
                                   Ryan M. Walters
                                   201 Third Street NW, Suite 1200
                                   Albuquerque, New Mexico 87102
                                   Telephone: (505) 346-4646
                                   crm@jhkmlaw.com
                                   rmw@jhkmlaw.com
                                   *Attorneys for Plaintiff,*
                                   *EKF Properties, LLC*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 31st day of December, 2024, I filed the foregoing electronically through the CM/ECF system which caused all counsel of record to be served via email. In addition, I also caused the foregoing copy of this Notice to be mailed via US Mail to:

Scott Spendlove
4171 S. Westway Dr.
Coeur d'Alene, ID 83814-7202

                                              */s/ Cassandra R. Malone*
                                              Cassandra R. Malone